United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRELL SLAPE,

        Petitioner,

    v.

BOBBY HAASE, et al.,

        Respondents.

Case No. 16-05408 EJD (PR)

**ORDER OF DISMISAL**

On September 21, 2016, Petitioner, a California parolee, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk of the Court notified Petitioner that he had failed to pay the filing fee or file a complete In Forma Pauperis Application and that he needed to do so within twenty-eight days or his case would be dismissed. (Docket No. 2.) The deadline has since passed, and Petitioner has failed to respond. Accordingly, this case is **DISMISSED** without prejudice for failure to pay the filing fee.

    **IT IS SO ORDERED.**

Dated:   1/17/2017

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.16\05408Slape_dism-def.ifp.docx